William G. Cameron v. Bernard Levin.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Beulah H. Tompers v. Julius N. Tompers.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Alfred Marsich v. George H. Muscat and Others.— Motion to dismiss appeal denied, with leave to renew, on the ground that no notice of this motion has been given to the appellant. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Leonello Valenti, an Infant, etc., v. Henry Mesinger and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Antonio Valenti v. Henry Mesinger and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Edward Laska v. Charles K. Harris.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Arthur J. May v. Cort Film Corporation.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

The People of the State of New York, etc., v. Thomas Reilly.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Eugene P. Martin v. George Ringler & Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Robert Holmes and Others v. Hugh N. Camp and Others.— Motion granted; questions certified. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

J. Albert Fish v. Adrian Iselin, Jr.— Motion granted; question certified. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Ten Eyck R. Beardsley v. Isaac W. Sherrill and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

M. M. Hart, Inc., v. Nana E. Pfizer, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

George C. Van Tuyl, Jr., as Superintendent, etc., v. Charles M. Schwab and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.